ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
PAUL SACHELARI
Special Assistant United States Attorney
    Social Security Administration
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8933
    Facsimile: (415) 744-0134
    E-Mail: paul.sachelari@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| ANNA MARIE GUZMAN, ) ) | Case No.: EDCV 09-1855 MAN |
| Plaintiff, ) ) | JUDGMENT OF REMAND |
| v. ) ) | |
| MICHAEL J. ASTRUE, ) Commissioner of ) Social Security, ) ) | |
| Defendant. ) _____) | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation of Remand") lodged concurrent with the lodging of the within Judgment of Remand.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand.

Dated: May 20, 2010            _/s/ Margaret A. Nagle_____
                                        HON. MARGARET A. NAGLE
                                        UNITED STATES MAGISTRATE JUDGE